**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Straughn Samuel GORMAN, Claimant–Appellee,**

and

**$167,070.00 in United States Currency, Defendant.**

**United States of America, Plaintiff–Appellee,**

**Straughn Samuel Gorman, Claimant–Appellant,**

v.

**$167,070.00 in United States Currency, Defendant.**

Nos. 15–16600
15–17103
No. 15–16694

United States Court of Appeals, Ninth Circuit.

SEPTEMBER 14, 2017

Gregory WIlliam Addington, Esquire, Assistant U.S. Attorney, USRE—Office of the US Attorney–Reno , Reno, NV, Plaintiff–Appellant.

Michael V. Cristalli, Gentile Cristalli Miller Armeni Savarese, Las Vegas, NV,

Vincent Savarese, III, Esquire, Attorney, Vincent Savarese, Las Vegas, NV, for Claimant–Appellee.

Mahesha Subbaraman, Subbaraman PLLC, Minneapolis, MN 55402, for Amicus Curiae.

Before: REINHARDT and BERZON, Circuit Judges, and MONTGOMERY,* District Judge.

### ORDER

The opinion filed on June 12, 2017, *United States v. Gorman*, 859 F.3d 706 (9th Cir. 2017), is hereby amended to include Case Number 15–16694, the caption of which was inadvertently omitted from our original opinion.